UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; et al.,

        Plaintiffs - Appellees,

 and

KIMBERLY NANG CHANTHAPHANH, individually,

        Plaintiff,

  v.

COUNTY OF SAN DIEGO and RICHARD FISCHER, Sheriff's Department deputy (#3003),

        Defendants - Appellants,

 and

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; et al.,

        Defendants.

No. 22-55216

D.C. No. 3:15-cv-02692-H-MDD
U.S. District Court for Southern California, San Diego

**ORDER**

---

K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; et al.,

No. 22-55392

D.C. No. 3:15-cv-02692-H-MDD

|  |  |
|---|---|
| Plaintiffs - Appellees, | U.S. District Court for Southern California, San Diego |
| and | |
| KIMBERLY NANG CHANTHAPHANH, individually, | |
| Plaintiff, | |
| v. | |
| COUNTY OF SAN DIEGO and RICHARD FISCHER, Sheriff's Department deputy (#3003), | |
| Defendants - Appellants, | |
| and | |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; et al., | |
| Defendants. | |

By April 28, 2023, appellants shall file either a motion or a stipulation to dismiss these matters pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit Mediator.

FOR THE COURT:

Robert S. Kaiser
Circuit Mediator

vs/mediation